**752**

**Delmas HOUSE, Petitioner,**

v.

**Honorable Henry C. COX, Judge, Jessamine Circuit Court, et al., Respondent.**

Court of Appeals of Kentucky.

May 4, 1973.

John Deering, Nicholasville, for petitioner.

Memorandum Opinion of the Court by Justice OSBORNE, Denying prohibition.*

**Claude GERKEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 4, 1973.

Cabell D. Francis, Stanford, W. Earl Dean, Harroldsburg, for appellant.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM Opinion, Affirming.*

**JOHNS CREEK ELKHORN COAL COMPANY, Appellant,**

v.

**Jessie Phillips OSBORNE and Anna Phillips Cassidy, Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

Henry D. Stratton, Stratton & Johnson, Pikeville, for appellant.

Jean L. Auxier, Lawrence R. Webster, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

**INLAND STEEL COMPANY and Special Fund, Appellant,**

v.

**Jim CAMP and Workmen's Compensation Board of Kentucky et al., Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

Harry C. Campbell, Pikeville, Robert D. Hawkins, Department of Labor, Frankfort, Gemma Harding, Louisville, for appellant.

Kelsey E. Friend, Pikeville, J. Keller Whitaker, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

* Opinion ordered not to be published.